OFFICE OF THE
CHAPTER 13 STANDING TRUSTEE
7 Southwoods Boulevard, Albany New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | for payments only:<br>P.O Box 1918<br>Memphis, TN  38101-1918 |

July 9, 2018

Doyle Lowther
4400 NE 77th Ave, Ste #275
Vancouver, WA 98662

Re:    Judith R. Ross
       Case No. 17-11222

Dear Sirs:

The above-referenced individuals filed a petition under Chapter 13 of the Bankruptcy Code on June 30, 2017. I am the Chapter 13 Trustee appointed to administer the debtor's plan. It is my understanding that you are representing Ms. Ross in connection with a pending lawsuit.

Please be advised that the debtor's cause of action is an asset of the bankruptcy estate and that some of the proceeds of any successful recovery may have to be paid to me, as Trustee. In addition, any settlement of this claim must be approved by the Bankruptcy Court. Please keep me informed as to the status of the case as events warrant.

Please be further advised that an Order of Retention of your firm as Special Counsel is not required at this time, however, fees may not be collected until an Order of Retention and approval of fees is obtained from the Court. Normally, such an Order is sought with a request for a proposed settlement or after entry of a judgment in this case.

Should you have any questions, please do not hesitate to call my office. Thank you for your time and anticipated cooperation.

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee

AEC: kr
CC: Edwin M. Adeson Esq.