**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used for Motion[1] Calendar Only.**

Case Name: Judith R. Ross

Case No: 17-11222

Division: Albany

Adversary Proceeding No. (if applicable):

☐ Adjournment request[2] for Hearing on Motion at Docket No.: _____

  Reason for Adjournment Request:

  Original Return Date of Motion:

  Number of prior adjournment request that have been made:

☒ Notification of Withdrawal of  ☒ Motion;  ☐ Opposition/Response;  ☐ Other: _____
  at Docket No: 30

☐ Notification of Settlement of Motion at Docket No: _____

Date of Hearing: 03/28/2019

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Andrea E. Celli, 7 Southwoods Blvd., Albany, NY  12211
  (518)449-2043
  court@ch13albany.com

Consent of All Parties Obtained?     ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:  EDWIN M. ADESON, ESQ

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)